# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00040-CV

**Tillerd Ardean Smith, Medallion Transport & Logistics, LLC, Tomy Rushing d/b/a Rushing Transport Services, Inc.**

**v.**

**Brandi Williams**

(No. 12-0889 IN 71ST DISTRICT COURT OF HARRISON COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | KIMBERLY CUELLAR-JIMENEZ |
| MOTION FEE | $10.00 | E-PAID | JOHN R MERCY |
| MOTION FEE | $10.00 | E-PAID | JOHN R MERCY |
| MOTION FEE | $10.00 | E-PAID | KIMBERLY CUELLAR-JIMENEZ |
| MOTION FEE | $10.00 | E-PAID | DEBRA BOSSE |
| REPORTER'S RECORD | $5,430.00 | PAID | TAUNTON, SNYDER & SLADE |
| SUPP REPORTER'S RECORD | $160.00 | UNKNOWN | WRIGHT & CLOSE |
| INDIGENT | $25.00 | E-PAID | DEBRA BOSSE |
| FILING | $100.00 | E-PAID | DEBRA BOSSE |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | DEBRA BOSSE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | DEBRA BOSSE |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas: 0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this August 13, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy